# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-2079

_____

Billy Grisso,                              *
                                           *
            Appellant,                     *
                                           *
      v.                                   *   Appeal from the United States
                                           *   District Court for the
United States of America; Catherine        *   Eastern District of Missouri.
D. Perry, Judge; Jo Anne B. Barnhart,      *       [UNPUBLISHED]
Commissioner, Social Security              *
Administration,                            *
                                           *
            Appellees.                     *

_____

Submitted: February 7, 2005
Filed: February 15, 2005

_____

Before WOLLMAN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Billy Grisso appeals the district court's[1] dismissal as moot of his petition for a writ of mandamus, and the district court's[2] preservice dismissal of the United States

---

[1] The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

[2] The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

and Judge Perry.  Having carefully reviewed the record, we conclude dismissal was proper for the reasons the district court explained.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____